UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00197-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DIEGO SANDOVAL DE LA CRUZ,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, February 19, 2007** and responses to these motions shall be filed by **Thursday, March 1, 2007**.  It is

FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference is set for **Monday, March 12, 2007 at 9:00 a.m.**  It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, March 19, 2007 at 9:00 a.m.**

Dated:  February 6, 2007

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge